# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

May 25, 2000

*Before*

Hon. Richard A. Posner, *Circuit Judge*

Hon. John L. Coffey, *Circuit Judge*

Hon. Kenneth F. Ripple, *Circuit Judge*

| | |
|---|---|
| Nos. 00-1272, 00-1312, 00-1313, 00-1314 and 00-1330 | |
| | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| CHICAGO FIREFIGHTERS LOCAL 2, JOHN, M. CRAVEN, LARRY W. ANOMAN, et al., Plaintiffs-Appellants, | |
| | Nos. 87 C 7295, 89 C 7984, 93 C 5438, 93 C 6175, & 96 C 808 |
| *v.* | |
| | James F. Holderman, *Judge*. |
| CITY OF CHICAGO, Defendant-Appellee. | |

## ORDER

The slip opinion issued on May 3, 2001, is amended to change the phrase on page 6 of the opinion "namely that the fire department draws applicants from the Chicago suburbs as well as the city, and the suburbs are 'whiter'" to read "namely that the fire department draws applicants from the Chicago suburbs (for since 1974 applicants have been required merely to reside in the city on the date they submit their application and so they could move to the city on the same day they applied), and the suburbs are 'whiter'".